1  ADAM A. HUTCHINSON (State Bar No. 190992)
   GREGORY E. EISNER (State Bar No. 190135)
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Ave., Suite 700
4  Irvine, CA  92612
   Telephone:  (949) 442-7110
5  Facsimile:  (949) 442-7118

6  DONALD J. QUERIO (State Bar No. 54367)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA  94111
   Telephone:  (415) 398-3344
9  Facsimile:  (415) 956-0439

10 Attorneys for Defendant
   LYNDON PROPERTY INSURANCE
11 COMPANY

*Discharge OSC [13]*
*JSG*

FILED
CLERK U.S. DISTRICT COURT
APR - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

| | |
|---|---|
| 15  WESCOM CENTRAL CREDIT UNION fka GREAT AMERICAN CREDIT UNION, 1ST UNIVERSITY CREDIT UNION, ALLEGACY FEDERAL CREDIT UNION, ALTA VISTA CREDIT UNION, AMARILLO COMMUNITY FEDERAL CREDIT UNION, CAROLINA COLLEGIATE FEDERAL CREDIT UNION, CHARLOTTE METRO CREDIT UNION, COMALA CREDIT UNION, COMPLEX COMMUNITY CREDIT UNION, CORPORATE AMERICA FAMILY CREDIT UNION, CREDIT UNION 1 OF ILLINOIS, DESERET FIRST FEDERAL CREDIT UNION, FINANCIAL 21 COMMUNITY CREDIT UNION, FIRST SERVICE FEDERAL UNION, FIVE POINT FEDERAL CREDIT UNION, HAWTHORNE CREDIT UNION, LANDMARK CREDIT UNION, MEADOWS CREDIT UNION, MY COMMUNITY FEDERAL CREDIT UNION fka MIDLAND COMMUNITY FEDERAL CREDIT UNION, MIDWEST REGIONAL CREDIT UNION, MINNEQUA WORKS | Case No. CV09-1068 JFW (FFMx)

**STIPULATION FOR DISMISSAL OF ACTION**

Hon. John F. Walter
Courtroom 16 – Spring Street

Hearing Date:  No Hearing Required

**Trial Date:  Not Set** |

11964/0001/720416.1                    STIPULATION FOR DISMISSAL OF ACTION
                                       Case No. CV09-1068 JFW (FFMx)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | CREDIT UNION, MUTUAL SAVINGS CREDIT UNION, NEIGHBORHOOD CREDIT UNION, NEW HORIZONS COMMUNITY CREDIT UNION, PUBLIC SERVICE CREDIT UNION fka NORLARCO CREDIT UNION BY NATIONAL CREDIT UNION ADMINISTRATION AS CONSERVATOR, NUMARK CREDIT UNION, PATRIOTS FEDERAL CREDIT UNION, SAN DIEGO METROPOLITAN CREDIT UNION, SECURITY SERVICE FEDRAL CREDIT UNION, TEXAS DOW EMPLOYEES CREDIT UNION, TEXAS PARTNERS FEDERAL CREDIT UNION, UTAH CENTRAL CREDIT UNION, VALLEY CREDIT UNION,<br><br>          Plaintiffs,<br><br>vs.<br><br>LYNDON PROPERTY INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 20, inclusive,<br><br>          Defendants. |

IT IS HEREBY STIPULATED, by and between Plaintiffs WESCOM, et al., and Defendant LYNDON PROPERTY INSURANCE COMPANY, a Missouri corporation, through their respective counsel of record, as follows:

1.    The parties have entered into a settlement of this action;

2.    This action shall be dismissed with prejudice pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.

///
///
///
///
///

- 2 -

3. Except as otherwise agreed pursuant to the settlement agreement executed by the parties, each party shall bear its own costs of suit and attorneys' fees incurred herein.

DATED: April 6, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                By: /s/ Michael R. Davisson
                                        Michael R. Davisson

                                Attorneys for Plaintiffs WESCOM, et al.



DATED: April 6, 2009            SEVERSON & WERSON
                                A Professional Corporation


                                By: /s/ Adam A. Hutchinson
                                        Adam A. Hutchinson

                                Attorneys for Defendant
                                LYNDON PROPERTY INSURANCE
                                COMPANY


IT IS SO ORDERED

Dated: 4/7/08

[signature]
United States District Judge

- 3 -

11964/0001/720416.1            STIPULATION FOR DISMISSAL OF ACTION
                               Case No. CV09-1068 JFW (FFMx)